1  WO

2

3

4

5

6                    **IN THE UNITED STATES DISTRICT COURT**

7                      **FOR THE DISTRICT OF ARIZONA**

8

9  Shawna Forde,                               No. CV-21-0098-TUC-SHR

10                   Petitioner,                DEATH-PENALTY CASE

11  v.                                          **ORDER**

12  David Shinn, et al.,

13                   Respondents.

14        Pending before the Court is Forde's motion to suspend Local Rule 3.5(b)'s page

15  limit or alternatively, excuse Petitioner's noncompliance with the rule's lodging

16  requirement and grant leave to exceed the page limit by 100 pages for good cause. (Doc.

17  21.) Respondents have not filed a memorandum in opposition, but have indicated, through

18  Petitioner, that they "have agreed to reserve any objection to the page limit until Petitioner

19  files her amended petition."[1] (*Id.* at 1.)

20        Accordingly, because the motion to suspend Local Rule 3.5(b)'s page limit is

21  unopposed, and for the reasons set forth in Forde's motion,

22        IT IS HEREBY ORDERED the motion to suspend Local Rule 3.5(b)'s page limit

23  will be granted as to the filing of Forde's petition only.

24        IT IS FURTHER ORDERED that the page limit will remain in effect for any

25  amended petition unless otherwise ordered by the Court. Forde is directed to lodge any

26  amended petition exceeding the 200-page limit along with a motion to exceed the page

27  _____

28        [1] Contemporaneous with order, the Court grants Forde's unopposed alternative request in her motion for equitable tolling to file an amended petition.

limit on or before the deadline for filing the amended petition.

Dated this 9th day of August, 2021.

Honorable Scott H. Rash
United States District Judge